# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Janis Dunbar<br><br>PLAINTIFF(S)<br>v.<br><br>Sundar Pichai<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:25-cv-03809-SVW-MAR<br><br>**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 8/21/2025 | 14 | MOTION for Default Judgment |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

- [✓] The document is stricken
- [ ] The hearing date has been rescheduled to _____ at _____.
- [ ] A notice of interested parties shall be filed no later than 5 days from entry of this Order.
- [ ] Other:

Dated: 8/28/2025

By: _(signature)_

U.S. District Judge / U.S. Magistrate Judge