UNITED STATES COURT OF APPEALS

**FILED**

FOR THE NINTH CIRCUIT

MAR 19 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JANIS DUNBAR, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> SUNDAR PICHAI, Google CEO, <br><br> Defendant - Appellee. | No. 26-569 <br><br> D.C. No. 2:25-cv-03809-SVW-MAR <br> Central District of California, <br> Los Angeles <br><br> ORDER |

Before: OWENS, MILLER, and BUMATAY, Circuit Judges.

The notice of appeal was filed more than 180 days after the district court entered a final order on June 30, 2025. *See* 28 U.S.C. § 2107(a); *United States v. Sadler*, 480 F.3d 932, 937 (9th Cir. 2007) (requirement of timely notice of appeal is jurisdictional); *see also Stratton v. Buck*, 697 F.3d 1004, 1007 (9th Cir. 2012) ("Where there is no separate judgment, pursuant to Fed. R. App. P. 4(a)(7)(A)(ii), we deem the entry of judgment to be 150 days after the entry of an appealable final order.").

This appeal is therefore dismissed.

**DISMISSED.**